DARYL S. LANDY, State Bar No. 136288
JENNIFER A. LOCKHART, State Bar No. 236972
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone:  650.843.4000
Facsimile:  650.843.4001
E-mail: dlandy@morganlewis.com;
jlockhart@morganlewis.com

Attorneys for Defendant
AMERIGAS PROPANE, INC.

Sean M. Novak, State Bar No. 198307
NOVAK & BEN-COHEN LLP
8383 Wilshire Blvd., PH1004
Beverly Hills, CA 90211
Telephone: 323.651.4222
Facsimile:  323.651.4221
E-mail: smn@nobelaw.com

Attorneys for Plaintiff
JERALD WAGONER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| JERALD WAGONER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AMERIGAS PROPANE, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | **Case No.: 1:11-CV-00563-AWI-BAM**<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Judge:  Honorable Barbara A. McAuliffe |

DB2/ 22784960.1

Plaintiff Jerald Wagoner and Defendant AmeriGas Propane, Inc. (collectively referred to herein as the "Parties"), by and through their respective counsel of record named herein, hereby stipulate as follows:

WHEREAS, pursuant to the June 8, 2011 Scheduling Order (the "Scheduling Order") issued by this Court, the Settlement Conference in this matter is currently scheduled for January 12, 2012 at 1:30 p.m.;

WHEREAS, in an effort to resolve this matter, the Parties have agreed to stay discovery and participate in a private mediation with respected Mediator Lisa Krakow on January 19, 2012;

WHEREAS, pursuant to the Scheduling Order in this matter, all discovery must be completed by April 20, 2012;

WHEREAS, good cause exists to continue the Settlement Conference so that, in the event the parties' mediation is unsuccessful, discovery can be completed prior to the Settlement Conference;

THEREFORE, the Parties, through their undersigned respective counsel, stipulate and request that the Court hereby order that, good cause appearing therefor, the Settlement Conference currently scheduled for January 12, 2012 at 1:30 p.m. be continued to May 3, 2012, at 1:30 p.m.

The parties having so stipulated, IT IS HEREBY ORDERED that the Settlement Conference is continued from January 12, 2012 to May 3, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **November 15, 2011**          **/s/ Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE