DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone: 650.843.4000
Facsimile: 650.843.4001
E-mail: dlandy@morganlewis.com

Attorneys for Defendant
AMERIGAS PROPANE, INC.

SEAN M. NOVAK, State Bar No. 198307
THE NOVAK LAW FIRM, P.C.
8383 Wilshire Blvd., Ste. #443
Beverly Hills, CA 90211
Telephone: 323.424.4313
Facsimile: 323.424.4357
E-mail: smn@novaklawfirm.com

Attorneys for Plaintiff
JERALD WAGONER

**FILED**
FEB 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERALD WAGONER,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIGAS PROPANE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:11-CV-00563-AWI-BAM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION OF DISMISSAL WITH PREJUDICE
(CASE NO. 1:11-CV-00563-AWI-BAM)

DB2/ 22958685.2

1  **IT IS HEREBY STIPULATED** by Plaintiff Jerald Wagoner ("Plaintiff") and Defendant AmeriGas Propane, Inc. ("Defendant"), by and through their respective undersigned counsel, that the entire above-captioned action be and hereby is dismissed with prejudice including with respect to Plaintiff's claims against Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is intended to be effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

Pursuant to the terms of the Settlement Agreement entered into between the parties, both parties shall bear their own costs, expenses and attorneys' fees.

Dated: February 10, 2012          MORGAN, LEWIS & BOCKIUS LLP


By /s/ Daryl S. Landy
   Daryl S. Landy
   Attorneys for Defendant
   AMERIGAS PROPANE, INC.

Dated: February 10, 2012          THE NOVAK LAW FIRM, P.C.


By /s/ Sean M. Novak (as authorized on Feb. 10, 2012)
   Sean M. Novak
   Attorneys for Plaintiff
   JERALD WAGONER

It is so Ordered. Dated: 2-27-12

_____
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1     STIPULATION OF DISMISSAL WITH PREJUDICE
      (CASE NO. 1:11-CV-00563-AWI-BAM)

DB2/ 22958685.2