1  DARYL S. LANDY, State Bar No. 136288
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA 94306-2122
   Telephone: 650.843.4000
4  Facsimile: 650.843.4001
   E-mail: dlandy@morganlewis.com
5
   Attorneys for Defendant
6  AMERIGAS PROPANE, INC.

7  SEAN M. NOVAK, State Bar No. 198307
   THE NOVAK LAW FIRM, P.C.
8  8383 Wilshire Blvd., Ste. #443
   Beverly Hills, CA 90211
9  Telephone: 323.424.4313
   Facsimile: 323.424.4357
10 E-mail: smn@novaklawfirm.com

11 Attorneys for Plaintiff
   JERALD WAGONER
12

FILED
FEB 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JERALD WAGONER, | Case No. 1:11-CV-00563-AWI-BAM |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| AMERIGAS PROPANE, INC.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION OF DISMISSAL WITH PREJUDICE
(CASE NO. 1:11-CV-00563-AWI-BAM)

DB2/ 22958685.2

**IT IS HEREBY STIPULATED** by Plaintiff Jerald Wagoner ("Plaintiff") and Defendant AmeriGas Propane, Inc. ("Defendant"), by and through their respective undersigned counsel, that the entire above-captioned action be and hereby is dismissed with prejudice including with respect to Plaintiff's claims against Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is intended to be effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

Pursuant to the terms of the Settlement Agreement entered into between the parties, both parties shall bear their own costs, expenses and attorneys' fees.

Dated: February 10, 2012     MORGAN, LEWIS & BOCKIUS LLP

By /s/ Daryl S. Landy
Daryl S. Landy
Attorneys for Defendant
AMERIGAS PROPANE, INC.

Dated: February 10, 2012     THE NOVAK LAW FIRM, P.C.

By /s/ Sean M. Novak (as authorized on Feb. 10, 2012)
Sean M. Novak
Attorneys for Plaintiff
JERALD WAGONER

It is so Ordered, Dated: 2-27-12

United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE
(CASE NO. 1:11-CV-00563-AWI-BAM)

DB2/ 22958685.2